

**Littler Mendelson, P.C.**
One Newark Center
8th Floor
Newark, NJ  07102

Peter Ajalat and Russ McEwan
Office Managing Shareholders

Kurt B. Rose
973.848.4750 direct
973.848.4700 main
973.718.4395 fax
kbrose@littler.com

August 10, 2018

Hon. Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Chunilall Shamsundar v. FCS Group, LLC**
      **Civ. Action No. 18-CV-2514 (KAM)(LB)**

Dear Magistrate Judge Bloom:

We represent Defendant FCS Group, LLC in the above-referenced matter.  I write on behalf of both parties to respectfully request a one-week extension to file the requisite mediation confirmation from August 10, 2018 to August 17, 2018.  The parties have selected a mediator and are currently in the process of scheduling a date for mediation.  This is the parties' first request for an extension of time and no other deadlines will be affected.

Respectfully submitted,

*/s/ Kurt Rose*

Kurt B. Rose

KBR/jar

Firmwide:156428279.1 058165.1003